■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY SANTIAGO, Appellant. [636 NYS2d 1019] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered May 16, 1994, convicting him of burglary in the second degree and petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the People failed to prove his guilt beyond a reasonable doubt. However, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Duuvon,* 77 NY2d 541).

Moreover, to the extent that he challenges the credibility of the prosecution witnesses, his argument is without merit. It is well settled that resolution of issues of credibility, as well as the weight to be accorded to the evidence presented, are primarily questions to be determined by the jury which saw and heard the witnesses *(see, People v Gaimari,* 176 NY 84, 94). Its determination should be accorded great weight on appeal and should not be disturbed unless clearly unsupported by the rec-

ord (see, People v Garafolo, 44 AD2d 86, 88). Upon the exercise of our factual review power, we are satisfied that the verdict was not against the weight of the evidence (see, CPL 470.15 [5]).

The defendant's remaining contentions are without merit. Balletta, J. P., O'Brien, Santucci and Florio, JJ., concur.